IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00118-REB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. KEVIN LEJOHN SANDERS,

 Defendant.

## ORDER

 Pursuant to and in accordance with the sentencing hearing held before the Honorable Robert E. Blackburn, United States District Judge, on September 5, 2013,

 **IT IS ORDERED** that Defendant Kevin Lejohn Sanders is sentenced to **time served**.

 Dated: September 5, 2013

                BY THE COURT:

                s/ Robert E. Blackburn
                ROBERT E. BLACKBURN,
                UNITED STATES DISTRICT JUDGE